## United States District Court for the Northern District of Illinois

Case Number: 08cv2620           Assigned/Issued By: j. n.

Judge Name: GOTTSCHALL         Designated Magistrate Judge: MASON

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00     [ ] $39.00      [ ] $5.00

[ ] IFP         [ ] No Fee      [ ] Other _____

[ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____            Receipt #: 2757146_____

Date Payment Rec'd: 5-7-08_____            Fiscal Clerk: J. N._____

---

### ISSUANCES

[✓] Summons                                [ ] Alias Summons

[ ] Third Party Summons                    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons     _____
                                           _____
[ ] Citation to Discover Assets            (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

2__ Original and 0_____ copies on 5-7-08_____ as to ALL DEFENDANTS_____
                                    (Date)

_____
_____

C:\wpwin80\docket\feeinfo.frm     03/14/05