AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FOX VALLEY CONTRUCTION WORKERS
FRINGE BENEFIT FUNDS, et al.

CASE NUMBER: 08CV2620

V.

ASSIGNED JUDGE: JUDGE GOTTSCHALL

A & J POWER MASONRY CLEANERS, INC., a dissolved Illinois corporation, a/k/a A & J MASONRY CLEANERS and ADRIAN SOTO, individually and d/b/a A & J POWER MASONRY CLEANERS, INC., a/k/a A & J MASONRY CLEANERS

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

A & J Power Masonry Cleaners, Inc.
c/o Adrian Soto, Registered Agent/President
1850 Stephen Street
Aurora, IL 60504

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick N. Ryan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within ____Twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

/s/ Paula Harrison
(By) DEPUTY CLERK

May 7, 2008
Date

State of Illinois

County of USDC CHICAGO

General No.: 08CV2620

## AFFIDAVIT OF SERVICE

LEROY KARCZEWSKI deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 5/15/2008 at 1:10:00 PM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT with A&J Power Masonry Cleaners, Inc. as shown below:

Served the wihin named A&J Power Masonry Cleaners, Inc. by delivering a true and correct copy of the SUMMONS and COMPLAINT, to Adrian Soto a person authorized to accept service of process as agent.

Said service was effected at 1850 Stephen Street, Aurora, IL

Description of Person Served Sex:   Height:   Weight:   Race:   Age:

Additional or Other Information:

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

5-15-08
Dated

Leroy Karczewski
117-000192